# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM CURRY JR.

      v.

KELLIE McINTYRE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5917RBL/JRC

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

Plaintiff's motion to proceed in forma pauperis is DENIED and this action is DISMISSED WITHOUT PREJUDICE. The case cannot proceed as a civil rights matter and must proceed in habeas corpus as the validity of detention is called into question.

| February 14, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |